**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Steven TRAPP, Defendant—Appellant.**

**No. 03–10176.
D.C. No. CR–02–00507–KJD/RJJ.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 8, 2003.*

Decided Sept. 18, 2003.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

J. Gregory Damm, Asst. U.S. Atty., U.S. Department of Justice, Las Vegas, NV, for Plaintiff–Appellee.

Jason F. Carr, Office of the Federal Public Defendar, Las Vegas, NV, for Defendant–Appellant.

Before PREGERSON, THOMAS, and PAEZ, Circuit Judges.

MEMORANDUM**

Steven Trapp appeals the sentence imposed following his guilty plea to failure to surrender for service of sentence in violation of 18 U.S.C. § 3146. Trapp contends that the case should be remanded because the district court may not have been aware of its authority under 18 U.S.C. § 3584 to impose a concurrent rather than consecutive sentence. The premise of Trapp's contention is incorrect. The district court was required to impose a consecutive sentence. 18 U.S.C. § 3146(b)(2).

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* Attorney General John Ashcroft is the proper respondent. The Clerk shall amend the docket to reflect the above caption.